IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
BOSTON DIVISION

FILED
IN CLERKS OFFICE

2005 AUG 29  P 2: 34

DISTRICT COURT
DISTRICT OF MASS.

| | | |
|---|---|---|
| ATLAS KITCHENWARE & HARDWARE, INC. d/b/a KARLIN-RICHTON COMPANY, *Plaintiff* | § § § § § § | |
| v. | § § § § | No. 05 - 11779 NG |
| QUICKIE MANUFACTURING CORPORATION, *Defendant* | § § § § | |

**AFFIDAVIT OF ZACHARY B. MACK**

ZACHARY B. MACK, having been duly sworn, says:

1. I am a member of the bar in good standing in every jurisdiction where I have been admitted to practice law.

2. There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

3. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

Zachary B. Mack (P62742)
1701 Cass Lake Road
Keego Harbor, Michigan 48320
Tel: 248-738-5000

On this 17th day of AUGUST, 2005, before me, a Notary Public, personally appeared ZACHARY B. MACK, who executed the above Affidavit.

Brianna L. Morris
Notary Public,            County, MI
My Commission Expires:

# CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the plaintiff's Motion for Admission of Zachary B. Mack *Pro Hac Vice* and Affidavit of Zachary B. Mack has been served via regular mail this 29th day of August 2005 to:

Quickie Manufacturing Corporation
1150 Taylors Lane
P.O. Box 156
Cinnaminson, NJ 08077-2506


_____
Robert R. Berluti, Esq.