IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
BOSTON DIVISION

| | |
|---|---|
| ATLAS KITCHENWARE & HARDWARE, INC. d/b/a KARLIN-RICHTON COMPANY,<br>*Plaintiff*<br><br>v.<br><br>QUICKIE MANUFACTURING CORPORATION,<br>*Defendant* | No.<br><br>05-11779 NG |

## MOTION FOR ADMISSION OF THOMAS R. WARNICKE *PRO HAC VICE*

NOW COMES Plaintiff, Atlas Kitchenware & Hardware, Inc. d/b/a Karlin-Richton Company and files this Motion for Admission of Thomas R. Warnicke *Pro Hac Vice*, and would show unto the Court as follows:

1. As shown in his attached affidavit, Thomas R. Warnicke is a partner in the law firm of the Manufacturer's Representative Law Center, PLLC in Keego Harbor, Michigan. He is a member of the Michigan Bar in good standing and is also licensed to practice in Federal Court in the Eastern and Western Districts of Michigan.

2. Pursuant to Local Rule 83.5.3(b), Robert R. Berluti of the law firm of Berluti & McLaughlin, LLC, who maintains an office within this district and is licensed to practice before this Court as local counsel for Plaintiff Atlas Kitchenware & Hardware, Inc. d/b/a Karlin-Richton Company. All notices, rulings and pleadings may be served upon Mr. Berluti and Mr. Warnicke in accordance with the Federal Rules of Civil Procedure and the Local Rules of this Court.

FILING FEE PAID:
RECEIPT # 66520
AMOUNT $ 50.00
BY DPTY CLK  JR
DATE 8-29-05

1

## II.   PRAYER

2.1   Plaintiff respectfully requests that this Motion be granted and that Thomas R. Warnicke be admitted to practice before this Court *pro hac vice* for the purposes of this case only before the United States District Court, District of Massachusetts, and for such other and further relief to which he is entitled.

                                              Respectfully submitted,

                                              **BERLUTI & MCLAUGHLIN, LLC.**

By: *[signature]*
Robert R. Berluti (BBO #039960)
44 School Street, 9th Floor
Boston, Massachusetts 02108
Tel: 617-557-3030
Fax: 617-557-2939
**ATTORNEY FOR PLAINTIFF**

**THE MANUFACTURER'S
REPRESENTATIVE LAW CENTER,
PLLC**

By: *[signature]*
Thomas R. Warnicke (P47148)
1701 Cass Lake Road
Keego Harbor, Michigan 48320
Tel: 248-738-5000
**ATTORNEY FOR PLAINTIFF**

2