IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
BOSTON DIVISION

FILED
IN CLERKS OFFICE

2005 AUG 29 P 2: 34

U.S. DISTRICT COURT
DISTRICT OF MASS

| | |
|---|---|
| ATLAS KITCHENWARE & HARDWARE, INC. d/b/a KARLIN-RICHTON COMPANY, *Plaintiff* § § § § § | |
| v. § § § § § | No. |
| QUICKIE MANUFACTURING CORPORATION, *Defendant* § § § § § | |

### AFFIDAVIT OF THOMAS R. WARNICKE

THOMAS R. WARNICKE, having been duly sworn, says:

1. I am a member of the bar in good standing in every jurisdiction where I have been admitted to practice law.

2. There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

3. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

Thomas R. Warnicke (P47148)
1701 Cass Lake Road
Keego Harbor, Michigan 48320
Tel: 248-738-5000

On this 17th day of August, 2005, before me, a Notary Public, personally appeared THOMAS R. WARNICKE, who executed the above Affidavit.

Brianna L. Morris
Notary Public,         County, MI
My Commission Expires:

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the plaintiff's Motion for Admission of Thomas R. Warnicke *Pro Hac Vice* and Affidavit of Thomas R. Warnicke has been served via regular mail this 29th day of August 2005 to:

Quickie Manufacturing Corporation
1150 Taylors Lane
P.O. Box 156
Cinnaminson, NJ 08077-2506

_____
Robert R. Berluti, Esq.