UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                            )
ATLAS KITCHENWARE & HARDWARE,               )
d/b/a KARLIN-RICHTON COMPANY                )
                                            )
            Plaintiff,                      )
                                            )
    v.                                      )   Civil Action No. 05-11779 NG
                                            )
QUICKIE MANUFACTURING                       )
CORPORATION,                                )
                                            )
            Defendant.                      )
_____)

**RULE 7.1 DISCLOSURE STATEMENT OF
<u>DEFENDANT, QUICKIE MANUFACTURING CORPORATION</u>**

    Pursuant to Federal Rule of Civil Procedure 7.1, Defendant, Quickie Manufacturing Corporation discloses that it is a partnership between multiple private individuals and Centre Partners LLC, which is not a publicly-traded corporation.

    Respectfully submitted,

    QUICKIE MANUFACTURING CORPORATION
    By Its Attorneys,

    */s/Jeffrey W. Moss*
    Jeffrey W. Moss, BBO# 552421
    Morgan, Lewis & Bockius LLP
    225 Franklin Street, Suite 1705
    Boston, Massachusetts   02110
    Tel:   617.451.9700
    Email: jmoss@morganlewis.com

    Richard G. Rosenblatt
    Scott E. Ross
    Morgan, Lewis & Bockius LLP
    502 Carnegie Center
    Princeton, New Jersey  08540-6241
    Tel:   609.919.6682/6673
    Email: rrosenblatt@morganlewis.com

Dated:  October 17, 2005

1-BO/101056.1