UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____

ATLAS KITCHENWARE &  HARDWARE,           )
INC., d/b/a KARLIN-RICHTON COMPANY,        )
                                                                          )
                                       Plaintiff,           )
                                                                          )
               v.                                                 )          Civil Action No. 05-11779 NG
                                                                          )
QUICKIE MANUFACTURING                     )
CORPORATION,                                          )
                                                                          )
                                       Defendant.         )
_____)

**JOINT MOTION TO CONTINUE**
**STATUS CONFERENCE AND TO AMEND SCHEDULING ORDER**

The Parties, by and through their undersigned counsel, jointly request that the Court

continue the status conference currently scheduled for April 5, 2006 and extend the Scheduling

Order deadlines as set forth below, so that the Parties may further engage in substantive

settlement negotiations.  In support of this motion, the Parties state that:

1.        The initial Scheduling Conference in this matter was held on December 12, 2005.

2.        The Parties have exchanged a significant amount of documentary evidence and

discovery to date.

3.        The Parties have expressed a mutual interest in further exploring a resolution to

this matter before completing the final stages of discovery.

4.        In an effort to more fully explore a resolution before incurring the additional

expenditures necessitated by the current Scheduling Order, and completion of discovery, the

Parties wish to extend the current deadlines as follows:

a)        Status conference – to be set by the Court;

b)    Completion of discovery – May 31, 2006;

c)    Motions pertaining to discovery – June 16, 2006; and

d)    Dispositive motion deadline – July 14, 2006.

The Parties would be ready to commence trial September 18, 2006.

WHEREFORE, for the foregoing reasons, the Parties hereby respectfully request this Honorable Court to continue the status conference and extend the Scheduling Order deadlines to the dates set forth above.

Respectfully submitted,

ATLAS KITCHEN WARE &
    HARDWARE, INC.
By Its Attorneys,

/s/ Zachary B. Mack
_____

Robert R. Berluti, BBO #039960
Berluti & McLaughlin, LLC
44 School Street
Boston, Massachusetts   02108
Tel: (617) 557-3030

Thomas R. Warnicke (*Pro Hac Vice*)
Zachary B. Mack (*Pro Hac Vice*)
The Manufacturer's Representative
    Law Center, PLLC
1701 Case Lake Road
Keego Harbor, Michigan   48320
Tel: (248) 738-5000


Respectfully submitted,

QUICKIE MANUFACTURING
    CORPORATION
By Its Attorneys,

/s/ Scott E. Ross
_____

Jeffrey W. Moss, BBO #552421
Morgan, Lewis & Bockius LLP
225 Franklin Street, Suite 1705
Boston, Massachusetts  02110
Tel: (617) 451-9700

Richard G. Rosenblatt (*Pro Hac Vice*)
Scott E. Ross (*Pro Hac Vice*)
Morgan, Lewis & Bockius LLP
502 Carnegie Center
Princeton, New Jersey  08540-6241
Tel: (609) 919-6682/6609


Dated:  March 27, 2006