UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
BOSTON DIVISION

| | |
|---|---|
| **ATLAS KITCHENWARE & HARDWARE, INC.**, a Massachusetts corporation, d/b/a **KARLIN-RICHTON COMPANY**<br><br>**Plaintiff,**<br><br>v.<br><br>**QUICKIE MANUFACTURING CORPORATION,**<br><br>**Defendant.** | Civil Action No. 05-11779 NG<br><br>STIPULATION OF DISMISSAL WITH PREJUDICE<br><br>Document Electronically Filed |

It is hereby stipulated and agreed by and between Plaintiff Atlas Kitchenware & Hardware, Inc., d/b/a Karlin-Richton Company and Defendant Quickie Manufacturing Corporation, through their respective counsel, that Plaintiff's claims against Defendant are hereby dismissed with prejudice, with the parties to bear their own respective costs and attorneys' fees.

| | |
|---|---|
| The Manufacturer's Representative Law Center, PLLC<br>1701 Cass Lake Road<br>Keego Harbor, MI 48320-1047<br>(248) 738-5000<br>Attorneys for Plaintiff Atlas Kitchenware & Hardware, Inc., d/b/a Karlin-Richton Company | Morgan, Lewis & Bockius LLP<br>502 Carnegie Center<br>Princeton, New Jersey 08540<br>(609) 919-6600<br><br>Attorneys for Defendant Quickie Manufacturing Corporation |
|    S/ Zachary B. Mack             _<br>By: Zachary B. Mack |    S/ Scott E. Ross             _<br>By:  Scott E. Ross |
| Dated:        June 21, 2006       _ | Dated:       June 21, 2006       _ |

**SO ORDERED:**                                                    
                                      Hon. Nancy Gertner, U.S.D.J.